**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1118**

KEITH SLAYDON,

                Plaintiff - Appellant,

     v.

WATER COUNTRY U.S.A.; SEAWORLD PARKS & ENTERTAINMENT LLC;
BLACKSTONE GROUP, L.P.,

                Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Robert G. Doumar, Senior
District Judge.  (4:14-cv-00133-RGD-LRL)

Submitted:  June 28, 2016          Decided:  July 8, 2016

Before KEENAN, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Keith Slaydon, Appellant Pro Se.  Brianna Lynn Barnes, David
Charles Bowen, WILLCOX & SAVAGE, PC, Norfolk, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Slaydon appeals the district court's orders dismissing his civil action and ordering that he pay Defendants' expenses as sanctions for misconduct during discovery. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Slaydon v. Water Country U.S.A., No. 4:14-cv-00133-RGD-LRL (E.D. Va. Jan. 6 & Feb. 4, 2016) We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED